Cause No. WR-83,666-01

83,666 02

COURT OF CRIMINAL APPEALS
At AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

IN RE ISRAEL LARA, JR., RELATOR

v.

HONORABLE DWIGHT PESCHEL, Respondent

## PETITION FOR WRIT OF MANDAMUS

On Petition for A Writ of Mandamus for A
**MOTION FOR NUNC PRO TUNC** to the
25th Judicial District Court in Guadalupe County, TEXAS
CAUSE No. 11-1327-CR

Abel Acosta / Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711,
            Respondent.

Dwight Peschel / Judge
25th Judicial District Court
101 E. Court St., Rm. 308
Seguin, Texas 78715,
            Respondent.

ISRAEL LARA # 1674895
TDCJ - Pack / Unit
2400 Wallace Pack Road
Navasota, Texas 77868
            Relator (pro-se)

TO THE HONORABLE COURT OF APPEALS:

Relator, respectfully submit this his Petition for Writ of Mandamus, to compel Judge Dwight Peschel in the 25th Judicial District Court District Court in Guadalupe County, Texas, to issue an "ORDER" compelling the Respondent to correct the clerical error in his judgment in this cause of action.

## I. RELIEF SOUGHT

Relator in this cause of action files this his application for Writ of Mandamus, because he has "NO" other remedy at law. The act sought by Relator to be compelled is a ministerial duty, "NOT" discretionary in nature. The trial court has the authority to issue an "ORDER" to make the necessary correction in this void sentence.

## II. ISSUES PRESENTED

Respondent Abel Acosta in his official capacity as the Clerk of the Court of Criminal Appeals at Austin, Texas, has a ministerial duty to receive and file "ALL" papers in a criminal proceeding, and perform "ALL" other duties imposed on the clerk by law, pursuant to TEX. Code Crim. Proc., Art. 2.21; TEX. R. App. 23.2, and is responsible for transmitting to the convicting court under said cause number, a copy of the MOTION FOR NUNC PRO TUNC, any answer filed and certificate reciting the date when Relator's motion was filed.

To date Relator has received "NO" response from the Court of Criminal Appeals at Austin, Texas, or the convicting court, regarding Relator's motion to make the necessary corrections in his void sentence, or any answer filed, and a certificate reciting the date upon which that findings was made by the convicting court. As it is clearly from Relator's motion, he has put the Respondent on notice that he seeks the correction of the void sentence, based on his unlawful restraints.

## III. THE FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED

The Court of Appeals has jurisdiction to issue a Writ of Mandamus against a District Clerk, District County Judge or County Court Judge in their respected district, and they may issue "ALL" writs necessary to enforce their jurisdiction. See Tex. Gov't Code Ann. §§ 22.221(A) (Vernon 1988) and 22.221(b) (Vernon Supp. 1999). If the trial court denies the motion for NUNC PRO TUNC or fails to respond, relief may be sought by filing an application for Writ of Mandamus in a Court of Appeals.

Therefore, a nunc pro tunc judgment is appropriate to correct clerical errors in a judgment, a clerical error is one "in which 'NO' judicial reasoning contributed to [its] entry, and for some reason [was] an erroneous application of law." State v. Bates, 889 S.W. 2d 306, 309 (Tex. Crim. App. 1994); Also See Tex. R. App. P. 23.2. NUNC PRO TUNC.

## IV. THE REASON WHY THE WRIT SHOULD ISSUE

The motion for judgment nunc pro tunc under the authority of Tex. R. App. P. 23.2, may be used to raise a claim for pre-sentence time

CREDITS, if Relator alleges that he is entitled to the relief sought, because he would have a earlier release date, and his sentence was extended past his projected release date. As a general rule, when the oral pronouncement of sentence and written judgment differ, the oral pronouncement controls. Ex parte Huskins, 176 S.W. 3d 818, 821 (Tex. Crim. App. 2005); see also Ex parte Thompson, 273 S.W. 3d 177, 178 n.3, and the written judgment vary, the oral pronouncement controls and the written judgment can be corrected via NUNC PRO TUNC.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator, respectfully request a finding that Respondent did "NOT" transmit the motion for judgment NUNC pro tunc to the convicting court, regarding Relator's motion, or any answer filed and a certificate reciting the date upon which that finding was made by the convicting court. Relator request any and "ALL" relief in which he is entitled in its entirety.

Respectfully Submitted
x Israel Lara

## CERTIFICATE OF SERVICE

I, ISRAEL LARA #1674895, do hereby certify that a true and correct copy of the foregoing Petition for Writ of Mandamus, is being placed in the U.S. MAIL postage prepaid on the 14th day of September 2015.

Addressed to:

Abel Acosta / Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Debra Crow / Clerk
Guadalupe County District Clerk
101 E. Court Street, RM. 308
Seguin, Texas 78155



Dwight Peschel / Judge
25th Judicial District Court
101 E. Court Street, RM. 308
Seguin, Texas 78155

x Israel Lara